IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sylvestre, Linda D

Printed:  3/11/08

Case Number:  07 B 18706
Judge:  Goldgar, A. Benjamin
Filed:  10/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  January 29, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,343.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 4. | Deutsche Bank National Trustee | Secured | 9,500.00 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 6,702.88 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 106.73 | 0.00 |
| 7. | WFS Financial | Secured | | No Claim Filed |
| 8. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 9. | Armor Systems Co | Unsecured | | No Claim Filed |
| 10. | Certified Credit Corporation | Unsecured | | No Claim Filed |
| 11. | Certified Credit Corporation | Unsecured | | No Claim Filed |
| 12. | Household Bank FSB | Unsecured | | No Claim Filed |
| 13. | WFS Financial | Unsecured | | No Claim Filed |
| 14. | Suntech Inc | Unsecured | | No Claim Filed |
| 15. | MCYDSNB | Unsecured | | No Claim Filed |
| 16. | Suntech Inc | Unsecured | | No Claim Filed |
| 17. | TNB Card | Unsecured | | No Claim Filed |
| 18. | Keynote Consuling | Unsecured | | No Claim Filed |
| | | | $ 19,652.61 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sylvestre, Linda D

Printed:  3/11/08

Case Number:  07 B 18706

Judge:  Goldgar, A. Benjamin

Filed:  10/11/07

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

